UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RUCHELL MAGEE, | ) | CASE NO. CV 14-3446 AB (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| J. SOTO, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that judgment be entered dismissing the Petition with prejudice as to Claims One, Two, Four and Five and without prejudice as to Claim Three.

DATED: February 10, 2015

ANDRÉ BIROTTE JR.
United States District Judge